MAY 9, 1804.

# Daniel McIlvoy v. Jacob Bowman.

*Upon a writ of error to reverse a decree of the Court of Quarter Sessions of Mercer county.*

Where the complainant in a bill founds his equity upon his right to a discovery from the defendant, and the defendant's answer fails to discover the facts relied on for relief, the bill must be dismissed.

The only reason on which Bowman, who was complainant in the court below, has founded his equity, is to obtain a discovery from McIlvoy. But in this Bowman has failed, and the testimony in his favor is overbalanced by McIlvoy's answer and the other testimony in his favor.

Wherefore, it is decreed and ordered, that the said decree of the court of quarter sessions for the county of Mercer be reversed, and that the defendant do pay unto the plaintiff his costs in this behalf expended. And it is further decreed and ordered, that the suit be remanded to the circuit court for the said county of Mercer, that it may dismiss the said Bowman's bill, and the said McIlvoy be permitted to have the benefit of his judgment at law; which is ordered to be certified to the said circuit court.